1  MAYER, BROWN, ROWE & MAW LLP
   Lee H. Rubin (SBN 141331)
2  Shirish Gupta (SBN 205584)
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306
4  Telephone:   (650) 331-2000
   Facsimile:   (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  Attorneys for Defendants GATX TECHNOLOGY SERVICES
   CORPORATION, GATX FINANCIAL CORPORATION and
7  GATX CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 | CHRIS A. RHODES,                              | Case No. C-06-3816 (JSW)
   |                                               |
12 |              Plaintiff,                       |
   |                                               | [PROPOSED] ORDER GRANTING
13 |        v.                                     | DEFENDANTS' APPLICATION FOR
   |                                               | ADMISSION OF COUNSEL *PRO HAC*
14 | GATX TECHNOLOGY SERVICES                      | *VICE*
   | CORPORATION, GATX FINANCIAL                   |
15 | CORPORATION; and GATX CORPORATION             |
   |                                               |
16 |              Defendants.                      |

1  IT IS HEREBY ORDERED that Defendants' Application for Admission of Counsel *Pro*
2  *Hac Vice* is granted. Robert J. Kriss and David A. Jensen are hereby admitted *pro hac vice* before
3  this Court.

DATED: SEP 1 1 2006

The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ADMISSION OF COUNSEL *PRO HAC VICE*
CASE NO.: C-06-3816 (JSW)