1  MAYER, BROWN, ROWE & MAW LLP
   Lee H. Rubin (SBN 141331)
2  Shirish Gupta (SBN 205584)
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA  94306
4  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  David A. Jensen (*Pro Hac Vice*)
   Robert J. Kriss (*Pro Hac Vice*)
7  Mayer, Brown, Rowe & Maw LLP
   71 S. Wacker Drive
8  Chicago, IL  60604
9  Telephone:    (312) 782-0600
   Facsimile:    (312) 701-7711
10 djensen@mayerbrownrowe.com
   rkriss@mayerbrownrowe.com
11

12 Attorneys for Defendants GATX TECHNOLOGY SERVICES
   CORPORATION, GATX FINANCIAL CORPORATION and
13 GATX CORPORATION

14                    UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  CHRIS A. RHODES, | Case No. C-06-3816 (JSW) |
| 17             Plaintiff, | |
| 18       v. | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO APPEAR AT THE** |
| 19  GATX TECHNOLOGY SERVICES | **OCTOBER 27, 2006 CASE MANAGEMENT CONFERENCE VIA** |
| 20  CORPORATION, GATX FINANCIAL CORPORATION; and GATX CORPORATION | **TELEPHONE** |
| 21             Defendants. | **AND [~~PROPOSED~~] ORDER** |
| 22  | The Honorable Jeffrey S. White |
| 23  | |

Defendants GATX Technology Services Corporation, GATX Financial Corporation and GATX Corporation ("Defendants") hereby submit this Miscellaneous Administrative Request pursuant to Civil L.R. 7-11 to ask that the Court permit Robert Kriss, lead counsel for Defendants, to appear at the Case Management Conference scheduled for October 27, 2006 via telephone. Mr. Kriss is scheduled to fly from Chicago to San Francisco today; however, flights between the two cities are being severely delayed or canceled due to inclement weather. George Camerlengo, counsel for Plaintiff Chris Rhodes has been informed of and has consented to Defendants' Request. In addition, Shirish Gupta, counsel for Defendants, will attend the Conference in person.

At the time of the Conference, Mr. Kriss will be reachable at the following telephone number: (312) 701-7165.

MAYER, BROWN, ROWE & MAW LLP

Dated: October 26, 2006                    /s/
                                           Shirish Gupta
                                           Attorneys for Defendants
                                           GATX TECHNOLOGY SERVICES
                                           CORPORATION, GATX FINANCIAL
                                           CORPORATION and GATX
                                           CORPORATION

**[PROPOSED] ORDER**

For good cause shown, Defendants' Miscellaneous Administrative Request is hereby GRANTED.

DATED: October 26, 2006                    _____
                                           The Honorable Jeffrey S. White
                                           United States District Judge